*Mullendore, Mr. B. C. Hanna, Mr. A. L. Veitch,* and *Mr. C. W. Lyon* for defendant in error.

---

No. 156. NE-KAH-WAH-SHE-TUN-KAH ET AL. *v.* HUBERT WORK, SECRETARY OF THE INTERIOR, ET AL. Appeal from the Court of Appeals of the District of Columbia. Argued January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Preston A. Shinn* for appellants. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Wells,* and *Mr. H. L. Underwood* appeared for appellees.

---

No. 155. HARRY A. VAN AUKEN *v.* FRANK SMITH, SHERIFF OF LARIMER COUNTY, COLORADO. Error to the Supreme Court of the State of Colorado. Submitted January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Paul W. Lee* and *Mr. George H. Shaw* for plaintiff in error. No brief filed for defendant in error.

---

No. 158. UNITED STATES *v.* GEORGE V. HALLIDAY ET AL. Error to the District Court of the United States for the Eastern District of Missouri. Argued January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *United States* v. *Keitel,* 211 U. S. 370, 397; *United States* v. *Stevenson,* 215 U. S. 190, 195, 196; *United States* v. *Miller,*